# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-034

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 15, 2026

## Title

| | |
|---|---|
| **Title of Work:** | Sunshine and Daisies Still Life |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | November 01, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Tre Sorelle Home Designs, Inc |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tre Sorelle Home Designs, Inc |
| | 1116 W Beaver Flat Road, Payson, AZ, 85541, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler Jr. |
| **Address:** | PO Box 236 |
| | Manchester, VT 5254 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 07, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-476-019**

**Effective Date of Registration:**
October 07, 2025

**Registration Decision Date:**
January 15, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Blossoms in Mason Jar |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | May 11, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Tre Sorelle Home Designs, Inc |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tre Sorelle Home Designs, Inc |
| | 1116 W Beaver Flat Road, Payson, AZ, 85541, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler Jr. |
| **Address:** | PO Box 236 |
| | Manchester, VT 5254 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 07, 2025 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-476-037

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 15, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Cotton Bolls in Mason Jar II Forever Home |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 21, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Tre Sorelle Home Designs, Inc |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tre Sorelle Home Designs, Inc |
| | 1116 W Beaver Flat Road, Payson, AZ, 85541, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler Jr. |
| **Address:** | PO Box 236 |
| | Manchester, VT 5254 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 07, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-026

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 15, 2026

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Cotton Bolls in Mason Jar I Family Gathers Here |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | March 01, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Tre Sorelle Home Designs, Inc |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Tre Sorelle Home Designs, Inc |
|  | 1116 W Beaver Flat Road, Payson, AZ, 85541, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler Jr. |
| **Address:** | PO Box 236 |
|  | Manchester, VT 5254 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 07, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-476-035**

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 15, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Farmhouse Cotton Bolls in Tin Pitcher |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 01, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Tre Sorelle Home Designs, Inc |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tre Sorelle Home Designs, Inc |
| | 1116 W Beaver Flat Road, Payson, AZ, 85541, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler Jr. |
| **Address:** | PO Box 236 |
| | Manchester, VT 5254 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 07, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-030

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 15, 2026

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Apothacary Shaving Essentials II |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | June 01, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Tre Sorelle Home Designs, Inc |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Tre Sorelle Home Designs, Inc |
|  | 1116 W Beaver Flat Road, Payson, AZ, 85541, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler Jr. |
| **Address:** | PO Box 236 |
|  | Manchester, VT 5254 United States |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 07, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-029

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 15, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Wildflowers and Butterflies Square II |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | November 01, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Tre Sorelle Home Designs, Inc |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tre Sorelle Home Designs, Inc |
| | 1116 W Beaver Flat Road, Payson, AZ, 85541, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler Jr. |
| **Address:** | PO Box 236 |
| | Manchester, VT 5254 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 07, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-032

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 15, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Watercolor Harvest Pumpkins Orange and Teal II |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | August 15, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Tre Sorelle Home Designs, Inc |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tre Sorelle Home Designs, Inc |
| | 1116 W Beaver Flat Road, Payson, AZ, 85541, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler Jr. |
| **Address:** | PO Box 236 |
| | Manchester, VT 5254 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 07, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-033

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 15, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Watercolor Harvest Pumpkin Mat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 01, 2017 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Tre Sorelle Home Designs, Inc |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tre Sorelle Home Designs, Inc |
| | 1116 W Beaver Flat Road, Payson, AZ, 85541, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler Jr. |
| **Address:** | PO Box 236 |
| | Manchester, VT 5254 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 07, 2025 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-476-022

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 15, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Chalkboard Chef II |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 01, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Tre Sorelle Home Designs, Inc |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tre Sorelle Home Designs, Inc |
| | 1116 W Beaver Flat Road, Payson, AZ, 85541, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler Jr. |
| **Address:** | PO Box 236 |
| | Manchester, VT 5254 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | October 07, 2025 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-476-036

**Effective Date of Registration:**
October 07, 2025
**Registration Decision Date:**
January 15, 2026

## Title
_____

**Title of Work:** Driftwood Shells IV Starfish

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** January 21, 2012
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Tre Sorelle Home Designs, Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Tre Sorelle Home Designs, Inc
1116 W Beaver Flat Road, Payson, AZ, 85541, United States

## Rights and Permissions
_____

**Organization Name:** Looking Good Licensing, LLC
**Name:** Paul Wheeler Jr.
**Address:** PO Box 236
Manchester, VT 5254 United States

## Certification
_____

**Name:** David Denholm
**Date:** October 07, 2025



seaside